THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
MAY 21 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CRIMINAL NO. 14-30107-NJR |
| DESTRY J. MARCOTTE, | ) ) ) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

**FAILURE TO APPEAR FOR SENTENCING**

On or about May 1, 2014, in St. Clair County, within the Southern District of Illinois,

**DESTRY J. MARCOTTE,**

defendant herein, did knowingly and willfully fail to appear for sentencing in Cause 13-30053-MJR, having been convicted on October 8, 2013 of four counts of Making a False Claim Against the United States, in violation of Title 18, United States Code, § 287 and having been released on bond awaiting sentencing pursuant to Chapter 207 of Title 18.

All in violation of Title 18, United States Code, Section 3146(a)(1).

_____
NORMAN R. SMITH
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney

Recommended bond: detention

1