THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 14-CR-30107-MJR |
| ) | |
| DESTRY J. MARCOTTE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

Comes now Stephen R. Wigginton, United States Attorney for the Southern District of Illinois through Norman R. Smith, Assistant U.S. Attorney for this District and herewith enter into the following Stipulation of Facts with the defendant, Destry J. Marcotte, appearing pro se with standby counsel, pertaining to the relevant conduct of the defendant within the scope of U.S.S.G. §1B1.3.

1. On or about May 1, 2014, in St. Clair County, within the Southern District of Illinois, Destry J. Marcotte knowingly and willfully failed to appear for sentencing in Cause 13-30053-MJR, having been convicted on October 8, 2013, of four counts of Making a False Claim Against the United States, in violation of Title 18, United States Code, § 287 and having been released on bond awaiting sentencing pursuant to Chapter 207 of Title 18.

SO STIPULATED:

STEPHEN R. WIGGINTON
United States Attorney

_____          _____
DESTRY J. MARCOTTE, pro se          NORMAN R. SMITH
Defendant                           Assistant United States Attorney

Date: __10/29/2014__

9